James G. Woodward
  Clerk of Court

Phone: 314-244-7900

IN RE:
THE BUSINESS OF THE COURT

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following expired passports to the

United States Department of State, Passport Services, Attn: Vanessa Washington, Consular-Lost/Stolen Passport Section,

1111 19th Street, NW, Room 500, Washington, DC 20036:

| Defendant Name | Expiration Date | Case Number | JCC Date | Passport Number |
|---|---|---|---|---|
| Middleton, Jr., Jerome | 09/19/1984 | 4:05MJ6116TCM | 08/30/2005 | K1146517 |
| Papadoakos, John Peter | 06/13/1995 | 4:05CR0466CEJ | 02/10/2006 | 52685988 |
| Bell, Abraham E. | 06/21/2005 | 4:96CR0057CAS | 11/18/1998 | 153117181 |
| Stallings, Gary Wayne | 01/09/2006 | 4:02CR0552CDP | 01/22/2003 | 84650160 |
| Kurzenberger, Thomas | 01/18/2006 | 4:05CR0631SNL | 01/24/2006 | 84666762 |
| Olk, Joseph R. | 04/15/2006 | 4:96CR0106DJS | 05/30/1997 | 84910184 |
| Compton, Richard J. | 05/08/2006 | 4:01CR0344JCH | 01/25/2002 | 84984530 |

Dated this 1st day of June, 2006.

Carol E. Jackson
United States District Judge